UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| LYDIA FREEMAN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 011:-cv-00052-HRW |
| ) | |
| Vs. ) | |
| ) | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LYDIA FREEMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 17th day of July, 2012.

LAW OFFICE OF JOHN FOOTE

*/s/ John Foote*
John Foote
Law Office of John Foote
36 West 5th Street
Covington, KY 41011
(859) 655-3001
johnfoote@fuse.net

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891