## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION at ASHLAND

**CIVIL ACTION NO. 11cv52-HRW**

**LYDIA FREEMAN**                                                           **PLAINTIFF**

**v.**                                          **O R D E R**

**DIVERSIFIED ADJUSTMENT**
**SERVICES, INC.**                                                          **DEFENDANT**

This matter is before the Court upon the Notice of Voluntary Dismissal [DE 12] filed by Plaintiff, Lydia Freeman, indicating the desire for voluntary dismissal with prejudice. The Court, having reviewed the matter and being otherwise sufficiently advised,

**HEREBY ORDERS**:

That this matter **is hereby DISMISSED WITH  PREJUDICE** and the matter **IS STRICKEN** from the Court's active docket.

This 27th day of September, 2012.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge